Austin Teltoe

1725 S. Randolph Street

Indianapolis, IN 46203



# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

Civil Action No. _____  **1:09-cv- 0415 WTL-TAB**

AUSTIN TELTOE, Plaintiff

v.

MICHAEL LEPPER;
CITY of INDIANAPOLIS IMPD, Defendants

---

## CIVIL RIGHTS COMPLAINT

---

### A. PARTIES

1. I, AUSTIN TELTOE, am a citizen of INDIANA and presently reside at 1725 S. Randolph Street, Indianapolis, Indiana 46203.

2. Defendant Michael Lepper, an IMPD Police Officer, is a citizen of

Whose address is _____.

1

3. Defendant Indianapolis Metropolitan Police Department whose address is _____.

## B. JURISDICTION

1. This cause of action is brought pursuant to 42 U.S.C. 1983, Civil action for deprivation of civil rights.

2. _____ Jurisdiction also invoked pursuant to 28 U.S.C. 1343(a)(3).

## C. NATURE OF THE CASE

On June 9th 2007 I was protesting the "INDY PRIDE" parade. I was not harming anyone. Around 11:25 am two Officers approached me and said I was breaking the Law. When I asked them what law I was breaking Officer Lepper said, "I am the Law." He then asked me to identify myself. I told him I would identify myself if he could show me what Law I was breaking. He then took my sign out of my hand by force and destroyed it.

## D. CAUSE OF ACTION

I allege the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations:

1. My right to peacefully assemble.

2. My right to freedom of speech and expression.

2

3. My right to exercise my religious beliefs.

4. My right to be secure in my person, and effects (the damaged signs).

**Supporting Facts:**

1. On 9 June, 2008 there was an annual Indy Pride Parade at Pennsylvania and Vermont in Indianapolis, Indiana.

2. Plaintiff is a Christian who sincerely holds religious beliefs that they are to preach the Word of God publicly in order to make the public aware of sin and God's gracious gift of forgiveness to all who trust Him.

3. Plaintiff exercises his sincerely held religious beliefs by traveling to various locations throughout the city of Indianapolis to attend various public events that draws large numbers of people. Plaintiff attended the event in order to preach and hand out Biblically based literature, to engage others in conversation about their beliefs and to display signs and banners.

4. Plaintiff came to the area where the parade was to be held with the intention of preaching the Word of God, displaying signs with Scriptures for the purpose of warning all listeners of the sin of sodomy and the danger of God's wrath because of this sin.

5. Plaintiff also came to the area where the parade was to be held with the intention of passing out literature in protest of the Indy Pride Parade due to his belief that sodomy is evil.

6. Since the City blocked off Massachusetts Avenue from vehicular, the public walked freely through the street before the parade came through.

7. Plaintiff stood at the corner of College and Massachusetts Avenue well in advance of the time that the parade came through. As he walked along Massachusetts Avenue, Plaintiff held a sign with Bible verses on it that warned people concerning The judgment of God towards the sin of sodomy.

8. Plaintiff walked from College and Massachusetts to Vermont and then from there to Pennsylvania Street.

9. Plaintiff stopped at the corner of Pennsylvania and Vermont Streets to preach and hold a sign and hand out literature.

10. After a while Officers Lepper and Drane of the IMPD, demanded that Plaintiff, Austin Teltoe, to take the stick off of the sign that he was hold; stating that it was against the law to have a sign on a stick.

11. Plaintiff Austin Teltoe, then asked Defendant Lepper to cite the Ordinance of the Law he was referring to. Defendant Lepper then stated that he didn't have to and then asked the Plaintiff to identify himself.

12 Plaintiff Teltoe said that he would identify himself if Defendant Lepper could cite the alleged Ordinance that Plaintiff was in violation of.

13. Defendant Lepper stated that he was the Law and threatened to break the signs if Plaintiff Teltoe did not remove the stick off the sign.

14. Officer Lepper then snatched the sign out of the hands of the Plaintiff and laid it on the ground and snapped the handle stick off of the sign.

## E. PREVIOUS LAWSUITS

Have you been a party to any other lawsuit(s) in state or federal court dealing with the same facts involved in this action?  ___Yes  ✓No.

## F. REQUEST FOR RELIEF

I would like to be compensated for my legal bills and would like a public apology from Officer Lepper and the City of Indianapolis and the IMPD. I would like the sum of $100,000.00 for having my Constitutional rights violated. I would also like a permanent injunction against the City of Indianapolis and the IMPD prohibiting them from interfering in first amendment activities.

4

_____    _____
Original signature of attorney (if any)    **Plaintiff's Original Signature**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is **true and correct.**

Executed at _____ on _____.
                  (location)                          (date)

_____
**Plaintiff's Original Signature**

____  I request the Court's assistance in serving process on the defendant(s).

5